In the Matter of the Petition of WILLIAM W. FARLEY, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate 12,978, Issued to JOHN BALES, Appellant.

GEORGE RINGLER & COMPANY, Appellant.

*Matter of Farley* (*Bales*), 154 App. Div. 282, affirmed.
(Submitted April 15, 1913; decided April 29, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1913, which affirmed an order of Special Term revoking and canceling a liquor tax certificate.

*F. X. Donoghue* and *Arthur Rowland* for appellant.

*Frederick E. Grant, Morton C. Fitch* and *Charles Firestone* for respondent.

Order affirmed, with costs, on opinion of BURR, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.